**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prosight-- Syndicate 1110 At Lloyd's,<br><br>Plaintiff,<br><br>vs.<br><br>American Builders and Developers LLC,<br><br>Defendant. | No. CV-17-04662-PHX-SPL<br><br>**ORDER** |

Before the Court is (i) Plaintiff Prosight-- Syndicate 1110 At Lloyd's ("Prosight") Motion to Amend Scheduling Order to Continue All Remaining Discovery and Pretrial Deadlines (Docs. 120, 121) (the "Motion to Extend"), in which the Plaintiff requests a 6-month extension of the all of the discovery and pretrial deadlines set forth in the Rule 16 Case Management Order (Doc. 47); (ii) Prosight's Request for Expedited Consideration of Motion to Amend Scheduling Order to Continue All Remaining Discovery and Pretrial Deadlines (Doc. 123) ("Motion to Expedite"); and (iii) Prosight's Emergency Application for Status Conference (Doc. 134). Certain claimants filed a response in opposition to the Motion to Extend (Doc. 125) and a response in support of the Motion to Expedite (Doc. 126). Prosight filed a reply in support of the Motion to Extend (Doc. 136). Finding good cause appearing and that the requested extension would not otherwise delay this action, the Motion to Extend will be granted in part. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Amend Scheduling Order to Continue All Remaining Discovery and Pretrial Deadlines (Doc. 120) is **granted in part**.

**IT IS FURTHER ORDERED** that the deadlines in the Case Management Order (Doc. 47) are modified as follows:

1. The Discovery Deadline of January 18, 2019 be extended to **April 18, 2019**;

2. The Expert Deposition Deadline be extended from January 11, 2019 to **April 11, 2019**; and

3. The Dispositive Motion Deadline be extended from February 8, 2019 to **May 9, 2019**.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Expedited Consideration of Motion to Amend Scheduling Order to Continue All Remaining Discovery and Pretrial Deadlines (Doc. 123) and Emergency Application for Status Conference (Doc. 134) are **denied as moot**.

Dated this 10th day of January, 2019.

Honorable Steven P. Logan
United States District Judge