**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prosight-- Syndicate 1110 At Lloyd's, <br><br> Plaintiff, <br><br> vs. <br><br> American Builders and Developers LLC, <br><br> Defendant. | No. CV-17-04662-PHX-SPL <br><br> **ORDER** |

Before the Court is Plaintiff's Motion to Strike claimants Maria Virginia Huizache and Florenciano Axinicuilteco's (the "Claimants") Amended Third Party Complaint (the "Amended Complaint"), in which the Plaintiff requests for the Court to strike the Amended Complaint because third party defendant ProSight Specialty Management Company, Inc. was not properly served within 14 days of the filing of the Court's Order granting leave to amend. (Doc. 155) On April 4, 2019, the Claimants filed a Notice of Dismissal of third party defendant ProSight Specialty Management Company, Inc. (Doc. 163) It is undisputed that the Plaintiff was properly served with the Amended Complaint. (Doc. 164 at 2) Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Strike (Doc. 155) is **denied as moot**.

Dated this 14th day of June, 2019.

Honorable Steven P. Logan
United States District Judge